UNITED STATES GOVERNMENT
MEMORANDUM

RECEIVED
2011 DEC 21  A 10: 42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

TO: The Honorable _Mark E. Fuller_
U.S. District Judge

REPLY TO
ATTN OF: Donnelle Thompson
United States Probation Officer

SUBJECT: **United States of America v. John Candido Chavez**
**DOCKET NO. 2010CR0481-JLS (Southern District of California)**
**TRANSFER OF JURISDICTION REQUEST**
_2:11cm2314-MEF_

DATE: December 21, 2011

## COURT HISTORY:

On September 10, 2010, John Candido Chavez appeared before the Honorable Janis L. Sammartino, U. S. District Judge for the Southern District of California, for sentencing after pleading guilty to Transportation of Illegal Aliens and Aiding and Abetting. Chavez was sentenced to eight (8) months custody followed by a three (3) year term of supervised release. The sentencing court ordered several special conditions of supervision (see attached judgment).

## SUPERVISION HISTORY AND RECOMMENDATION:

Chavez began serving his three (3) year term of supervised release on April 29, 2011. Prior to his release from custody, our office had approved a release plan for Chavez to relocate to the Middle District of Alabama for supervision. Upon his release, supervision of his case was assumed by our office. Chavez is currently residing in Millbrook, Alabama, with his sister. He is an employee at the family restaurant, El Cancun, which is also located in Millbrook. Since Chavez's release from imprisonment, he was arrested for Domestic Violence on June 16, 2011; however, the charges were subsequently dismissed. The offender has satisfied all special conditions imposed by the court with the exception of pending charges which occurred prior to sentencing.

Chavez has no family ties to the Southern District of California and has no intentions of returning to the sentencing district. Since Chavez is currently being supervised in the Middle District of Alabama, the probation officer is requesting that jurisdiction of this case be accepted. If Your Honor agrees to accept jurisdiction, please sign part two of the attached probation form 22 and return to this officer for further processing.

Respectfully submitted,

/s/ Donnelle Thompson
United States Probation Officer

Reviewed and approved: /s/ David Ron Thweatt
Supervisory U.S. Probation Officer

**John Candido Chavez**
**Page Two**
**Request to Accept Transfer of Jurisdiction**

**APPROVED:**

_____
United States District Judge/Date

**DISAPPROVED:**

_____
United States District Judge/Date

**COMMENTS:**_____

_____

_____

/dt
Attachments

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 10CR00481-001-JLS |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| John Candido Chavez | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE | |
| | Janis L. Sammartino | |
| | DATES OF SUPERVISED RELEASE | FROM 4/29/11 — TO 4/28/14 |

**OFFENSE**

8 U.S.C. § 1324(a)(1)(A)(ii) and (v)(II), Transportation of Illegal Aliens and Aiding and Abetting, a Class D felony

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the MIDDLE DISTRICT OF ALABAMA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Date: 11/3/11

Janis L. Sammartino
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date                                              United States District Judge

ric/ric